# EXHIBIT A



Josh Campbell, originally from Peoria IL now lives in Loveland CO, is the Production manager for Bassnectar's NYE run at Pop's Nightclub and Concert Venue.

Josh and his girlfriend [redacted] may be seen around the city in the next few weeks. If you see them be sure to let them know your thoughts on their decisions to work with and support a sexual predator.

I heard he might be in town today to go over some plans at Pops.

Like Comment Share

Comment as



6:49  56

## What to expect

Bassnectar thinks he can just come to St. Louis and throw a concert at Pop's nightclub. St. Louis has no room for predators/pedophiles or artists who steal from others. I have many of my own plans in store but this group is a place for us to brainstorm and plan how to attack this event. It is our duty to make sure this show doesn't happen.
FUCK BASSNECTAR!
BELIEVE WOMEN!

## Meet your host

**Shawn Ortez**

Host

Interested | Going | ...

Home | Friends | Reels | Marketplace 5 | Notifications 1 | Menu

N
THE CULT OF THE PINK ELEPHANT
DISASTER CRESCENDO
THE BASSNECTAR SCANDAL
A NETFLIX ORIGINAL DOCUMENTARY
NOW STREAMING | NETFLIX

8:34
80
Shawn Ortez 2h
Tap to try
Join the group to shut this shit down!
W MEN
Mon, Dec 29, 2025 - Jan 1, 2026
Ruin Bassnectar's New Year's Eve Shows!!!!
Interested
SHUT IT DOWN
DRUMSOUND & BASSLINE SMITH
Send message...

6:50 56

Dec 29, 2025 at 5 PM – Jan 1, 2026 at 12 PM MST

# Ruin Bassnectar's New Year's Eve Shows!!!!

Public · Event by **Shawn Ortez**

  ...

Pop's Nightclub and Concert Venue
1403 Mississippi Avenue, Sauget, IL 62201

6 going · 19 interested

Public · Anyone on or off Facebook

About | Discussion

## Posts

 Home  Friends  Reels  Marketplace  Notifications  Menu

6:52
56
Shawn Ortez

Like

Comment Share

**Shawn Ortez**
1h ·

Well looks like I know what my New Year's Eve plans are... Walking around and finding Lorin so I can punch him square in his mouth and cover him in my own piss.

Lorin, you are not welcome in this fucking city!!!
A warning for any and all attending. I do plan on fucking up your day. I do plan on raining on your parade. I will be there with super soakers full of piss. Enjoy the line.

Also just need to add... This show is not even in St. Louis it's at Pops Night Club And Concert Venue in the rough part of Illinois lol.

It's Happening!!! We are zooming forward toward a family reunion to welcome in the future together for N... See more
BASSNECTAR
Add friend
Message
Home
Friends
Reels
Marketplace
Notifications
Menu

Shawn Ortez · Follow
5h ·

Yeah Bassnectar's lawyers sent me a cease and desist letter as well...
So in honor of that...

You can currently save 20% off all of our current upcoming events using code “Freespeech”

https://theticketing.co/o/downrightevents

Spend your NYE right G JONES B2B EPROM NYE at Mississippi Underground there are many other shows happening before that to choose from as well!!!

theticketing.co

**MU X Downright Entertainment | The Ticketing Co**

66

10

4

PageVault

| | |
|---|---|
| Document title: | Facebook |
| Capture URL: | https://www.facebook.com/ShpongledSpunion |
| Page loaded at (UTC): | Tue, 04 Nov 2025 18:47:02 GMT |
| Capture timestamp (UTC): | Tue, 04 Nov 2025 18:49:23 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 8 |
| Capture ID: | rnBJSsTsGUAYAMXWyrXx66 |
| Display Name: | kmatheson |

Shawn's Post
Shawn Ortez
22h
Yeah Bassnectar's lawyers sent me a cease and desist letter as well...
So in honor of that...
You can currently save 20% off all of our current upcoming events using code "Freespeech"
https://theticketing.co/o/downrightevents
Spend your NYE right G JONES B2B EPROM NYE at Mississippi Underground there are many other shows happening before that to choose from as well!!!
THETICKETING.CO
MU X Downright Entertainment | The Ticketing Co
BRINGING MUSIC WE LOVE TO THE PEOPLE WE LOVE
80
12 comments 7 shares
Like
Share
Most relevant
Austin Albright
All my homies getting sued by bassnectar
21h Like 9
Author
Shawn Ortez
Austin Albright sounds like you hang with the right circle of allies
20h Like 10
Brian Greenblatt
Austin Albrighthe's just like trump lol
18h Like 2
Dylan Pezold-reichardt
I think yall should totally abide by the requests of the C&D.... but then ill just make a similar event and then once I get a C&D someone else can carry on the torch lol. Its basically an honor to be given a C&D by him!
19h Like 4
Kristen Kpixie Steel
I'm honestly disappointed you didn't get one sooner. You've been trolling him for a while
21h Like
Steve Noo
Aye, you hit a nerve
21h Like
Adam Spielberg
I was wondering lol
Shawn Ortez
Add friend
Search
Intro
Profile · Digital creator
Married to Amber Ortez
Photos
Filters

Shawn's Post
Shawn Ortez
22h
Yeah Bassnectar's lawyers sent me a cease and desist letter as well...
So in honor of that...
You can currently save 20% off all of our current upcoming events using code "Freespeech"
https://theticketing.co/o/downrightevents
Spend your NYE right G JONES B2B EPROM NYE at Mississippi Underground there are many other shows happening before that to choose from as well!!!
THETICKETING.CO
MU X Downright Entertainment | The Ticketing Co
BRINGING MUSIC WE LOVE TO THE PEOPLE WE LOVE
80
12 comments 7 shares
Like
Share
Most relevant
Austin Albright
All my homies getting sued by bassnectar
21h Like 9
Author
Shawn Ortez
Austin Albright sounds like you hang with the right circle of allies
20h Like 10
Brian Greenblatt
Austin Albrighthe's just like trump lol
18h Like 2
Dylan Pezold-reichardt
I think yall should totally abide by the requests of the C&D.... but then ill just make a similar event and then once I get a C&D someone else can carry on the torch lol. Its basically an honor to be given a C&D by him!
19h Like 4
Kristen Kpixie Steel
I'm honestly disappointed you didn't get one sooner. You've been trolling him for a while
21h Like
Steve Noo
Aye, you hit a nerve
21h Like
Adam Spielberg
I was wondering lol
Shawn Ortez
Intro
Profile · Digital creator
Married to Amber Ortez
Photos
Life events
In a Relationship with Amber Ortez
December 26, 2015
Privacy · Consumer Health Privacy · Choices · Cookies · More

Document title: Facebook
Capture URL: https://www.facebook.com/ShpongledSpunion
Capture timestamp (UTC): Tue, 04 Nov 2025 18:49:23 GMT

Shawn's Post
Shawn Ortez
22h
Yeah Bassnectar's lawyers sent me a cease and desist letter as well...
So in honor of that...
You can currently save 20% off all of our current upcoming events using code "Freespeech"
https://theticketing.co/o/downrightevents
Spend your NYE right G JONES B2B EPROM NYE at Mississippi Underground there are many other shows happening before that to choose from as well!!!
THETICKETING.CO
MU X Downright Entertainment | The Ticketing Co
BRINGING MUSIC WE LOVE TO THE PEOPLE WE LOVE
80
12 comments 7 shares
Like
Share
Most relevant
Austin Albright
All my homies getting sued by bassnectar
21h Like 9
Author
Shawn Ortez
Austin Albright sounds like you hang with the right circle of allies
20h Like 10
Brian Greenblatt
Austin Albrighthe's just like trump lol
18h Like 2
Dylan Pezold-reichardt
I think yall should totally abide by the requests of the C&D.... but then ill just make a similar event and then once I get a C&D someone else can carry on the torch lol. Its basically an honor to be given a C&D by him!
19h Like 4
Kristen Kpixie Steel
I'm honestly disappointed you didn't get one sooner. You've been trolling him for a while
21h Like
Steve Noo
Aye, you hit a nerve
21h Like
Adam Spielberg
I was wondering lol
Shawn Ortez
Intro
Profile · Digital creator
Married to Amber Ortez
Photos
Life events
In a Relationship with Amber Ortez
December 26, 2015
30 comments 2 shares
Share

Shawn's Post
Shawn Ortez
22h
Yeah Bassnectar's lawyers sent me a cease and desist letter as well...
So in honor of that...
You can currently save 20% off all of our current upcoming events using code "Freespeech"
https://theticketing.co/o/downrightevents
Spend your NYE right G JONES B2B EPROM NYE at Mississippi Underground there are many other shows happening before that to choose from as well!!!
THETICKETING.CO
MU X Downright Entertainment | The Ticketing Co
BRINGING MUSIC WE LOVE TO THE PEOPLE WE LOVE
80
12 comments 7 shares
Like
Share
Most relevant
Austin Albright
All my homies getting sued by bassnectar
21h Like 9
Author
Shawn Ortez
Austin Albright sounds like you hang with the right circle of allies
20h Like 10
Brian Greenblatt
Austin Albrighthe's just like trump lol
18h Like 2
Dylan Pezold-reichardt
I think yall should totally abide by the requests of the C&D.... but then ill just make a similar event and then once I get a C&D someone else can carry on the torch lol. Its basically an honor to be given a C&D by him!
19h Like 4
Kristen Kpixie Steel
I'm honestly disappointed you didn't get one sooner. You've been trolling him for a while
21h Like
Steve Noo
Aye, you hit a nerve
21h Like
Adam Spielberg
I was wondering lol
Shawn Ortez
Intro
Profile · Digital creator
Married to Amber Ortez
Photos
SUBPAC INC sent you
Life events
In a Relationship with Amber Ortez
December 26, 2015
Privacy · Consumer Health Privacy · Choices · Cookies · More

Shawn's Post
Shawn Ortez
22h
Yeah Bassnectar's lawyers sent me a cease and desist letter as well...
So in honor of that...
You can currently save 20% off all of our current upcoming events using code "Freespeech"
https://theticketing.co/o/downrightevents
Spend your NYE right G JONES B2B EPROM NYE at Mississippi Underground there are many other shows happening before that to choose from as well!!!
THETICKETING.CO
MU X Downright Entertainment | The Ticketing Co
BRINGING MUSIC WE LOVE TO THE PEOPLE WE LOVE
80
12 comments 7 shares
Like
Share
Most relevant
Austin Albright
All my homies getting sued by bassnectar
21h Like 9
Author
Shawn Ortez
Austin Albright sounds like you hang with the right circle of allies
20h Like 10
Brian Greenblatt
Austin Albrighthe's just like trump lol
18h Like 2
Dylan Pezold-reichardt
I think yall should totally abide by the requests of the C&D.... but then ill just make a similar event and then once I get a C&D someone else can carry on the torch lol. Its basically an honor to be given a C&D by him!
19h Like 4
Kristen Kpixie Steel
I'm honestly disappointed you didn't get one sooner. You've been trolling him for a while
21h Like
Steve Noo
Aye, you hit a nerve
21h Like
Adam Spielberg
I was wondering lol
Shawn Ortez
Intro
Profile · Digital creator
Married to Amber Ortez
Photos
Life events
In a Relationship with Amber Ortez
December 26, 2015
Privacy · Consumer Health Privacy · Choices · Cookies · More
53 comments 3 shares
Share
51 comments
Share

Shawn's Post
Shawn Ortez
22h
Yeah Bassnectar's lawyers sent me a cease and desist letter as well...
So in honor of that...
You can currently save 20% off all of our current upcoming events using code "Freespeech"
https://theticketing.co/o/downrightevents
Spend your NYE right G JONES B2B EPROM NYE at Mississippi Underground there are many other shows happening before that to choose from as well!!!
THETICKETING.CO
MU X Downright Entertainment | The Ticketing Co
BRINGING MUSIC WE LOVE TO THE PEOPLE WE LOVE
80
12 comments 7 shares
Like
Share
Most relevant
Austin Albright
All my homies getting sued by bassnectar
21h Like 9
Author
Shawn Ortez
Austin Albright sounds like you hang with the right circle of allies
20h Like 10
Brian Greenblatt
Austin Albrighthe's just like trump lol
18h Like 2
Dylan Pezold-reichardt
I think yall should totally abide by the requests of the C&D.... but then ill just make a similar event and then once I get a C&D someone else can carry on the torch lol. Its basically an honor to be given a C&D by him!
19h Like 4
Kristen Kpixie Steel
I'm honestly disappointed you didn't get one sooner. You've been trolling him for a while
21h Like
Steve Noo
Aye, you hit a nerve
21h Like
Adam Spielberg
I was wondering lol
Shawn Ortez
Intro
Profile · Digital creator
Married to Amber Ortez
Photos
Life events
In a Relationship with Amber Ortez
December 26, 2015
51 comments
Share