# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS,
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| LORIN ASHTON, BASSNECTAR TOURING, INC., and AMORPHOUS MUSIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHAWN ORTEZ, KENNETH CLAYTON ELKINS, DOWNRIGHT ENTERTAINMENT, LLC, MISSISSIPPI UNDERGROUND, LLC, JORDAN JULIAN, and JOHN DOES 1-25. <br><br> Defendants. | Case No. _____ |

## **AFFIDAVIT OF JOSHUA CAMPBELL**

I, Joshua Campbell, being duly sworn, states as follows:

1. I am over the age of eighteen and competent to testify to the matters set forth herein.

2. I am the President of StageLive Events, LLC ("StageLive").

3. StageLive is the company responsible for producing and promoting the New Year's Eve event entitled "Love Here" scheduled to take place from December 29, 2025 to January 1, 2026 ("Love Here Event") at Pop's Night Club and Concert Venue in Sauget, Illinois.

4. The Love Here Event will feature artist Lorin Ashton ("Mr. Ashton"), professionally known as "Bassnectar."

5. Shortly after the announcement of the Love Here Event, an individual named Shawn Ortez ("Mr. Ortez") began posting inflammatory and defamatory statements online about

Mr. Ashton and the Love Here Event designed to have the event cancelled.

6. Mr. Ortez created a Facebook page entitled "Ruin Bassnectar's New Year's Eve Shows!!!." *See* Dkt. 1-1.

7. The Facebook event was specifically created to "brainstorm and plan how to attack [the Love Here event]." Mr. Ortez further used this event to encourage individuals to sabotage the Love Here Event by flooding Pops with harassing calls. Dkt. 1-1.

8. Mr. Ortez published on Facebook my personal and private information, including where I am from, where I currently live, my physical location, and the identity of my partner. Mr. Ortez further urged third parties to harass both me and my family. Dkt. 1-1.

9. On November 3, 2025, I moved for entry of a "Stalking No Contact" order against Mr. Ortez in the Circuit Court of the Third Judicial District, Madison County, Illinois, Case No. 25OP1735 on behalf of myself, my partner, and Mr. Ashton.

10. On November 20, 2025, the Court entered the Stalking No Contact order against Mr. Ortez. *See* Dkt. 1-2.

11. At the November 20, 2025 hearing, Mr. Ortez stated to the Jude that he made the social media posts with the intention to have the Love Here Event cancelled.

I declare under penalty of perjury pursuant to 28 USC § 1746 that the foregoing is true and correct.

*Josh Campbell*
Joshua Campbell

Date: 12/12/2025

2