# **EXHIBIT D**

| | |
|---|---|
| Document title: | (6) Facebook |
| Capture URL: | https://www.facebook.com/clayton.elkins.1 |
| Page loaded at (UTC): | Wed, 10 Dec 2025 18:13:27 GMT |
| Capture timestamp (UTC): | Wed, 10 Dec 2025 18:14:31 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 2 |
| Capture ID: | qw7R8A1CuWiyfvoSCWneRS |
| Display Name: | kmatheson |

PDF REFERENCE #:    7rk6Rc6jb2Sa2Xd5BTm5TL



PageVault

| | |
|---|---|
| Document title: | Clayton Elkins - Transparency matters. I recently received a... \| Facebook |
| Capture URL: | https://www.facebook.com/clayton.elkins.1/posts/pfbid02tB7gu9CsaLp7PfYAG89fYZspLh57kXcQzAnmdXfX1mr37uoRFZSzhDu9AMo3gCaEl |
| Page loaded at (UTC): | Tue, 04 Nov 2025 18:30:19 GMT |
| Capture timestamp (UTC): | Tue, 04 Nov 2025 18:32:00 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 5 |
| Capture ID: | sxfdcHAxuLdTgCUGuDaaeF |
| Display Name: | kmatheson |

PDF REFERENCE #:    3Duak7LAhRTTnFPNQ2zUFe









PageVault

| | |
|---|---|
| Document title: | Free Gprom Promo : r/bassnectar |
| Capture URL: | https://www.reddit.com/r/bassnectar/comments/1ona95h/free_gprom_promo/?share_id=gnuaIauupa4fpbVjqvGiE&utm_content=1&utm_medium=ios_app&utm_name=ioscss&utm_source=share&utm_term=4 |
| Page loaded at (UTC): | Tue, 04 Nov 2025 18:45:57 GMT |
| Capture timestamp (UTC): | Tue, 04 Nov 2025 18:46:37 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 8 |
| Capture ID: | itHPf553EKSCKH7hgnjEKL |
| Display Name: | kmatheson |

PDF REFERENCE #:   qfDyLXV8jNEA9FoFFoBYdE













