# EXHIBIT E

 **caeli.xo** 50m

 **chuckstachucksta**
@chucksta666

i think a really cool tik tok trend would be if a lot of ppl did the "punch **bassnectar** in the face at a music festival challenge"

2:00 PM · 6/28/22 · Twitter for iPhone



chuckstaa... ✓ @notorious_... · 20h
someone should do this man like Charlie Kirk

It's Happening!!! We are zooming forward toward a family reunion to welcome in the future together for New Year's Eve. We are thrilled to officially announce our three night run through the all the spectrums, centered deep in the heart of THE MIDWEST:

"LOVE HERE"
December 29, 30, 31
St Louis

A NEW YEARS FAMILY REUNION
CENTERED DEEP IN THE HEART OF THE MIDWEST

BASSNECTAR

19    ⟲ 3    ♡ 105    ıl 8.4K

Reply












