IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORIN ASHTON, et al., | ) |
| | ) Case No. 25-cv-2181-JPG |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| SHAWN ORTEZ, et al., | ) |
| | ) |
| Defendants. | ) |

## MINUTES OF COURT

DATE: December 22, 2025            LOCATION: Benton

**PRESENT: HONORABLE J. PHIL GILBERT, U. S. DISTRICT JUDGE**

DEPUTY CLERK: Jamie Melson            COURT REPORTER: Saralyn Hicks Britt

COUNSEL FOR PLAINTIFFS:    Olivia Duggins and Nicole Peterson

COUNSEL FOR DEFENDANT ORTEZ:    Richard Saldinger (via video)

COUNSEL FOR DEFENDANT MISSISSIPPI UNDERGROUND, LLC & JORDAN JULIAN: Bradley Taylor

KENNETH ELKINS APPEARS PRO SE AND ON BEHALF OF DOWNRIGHT ENTERTAINMENT, LLC

PROCEEDINGS: Preliminary Injunction Hering

    Counsel for Plaintiffs present as noted above.
    Counsel for Defendants Mississippi Underground, LLC and Jordan Julian present as noted above.
    Defendant Kenneth Elkins present pro se and on behalf of Downright Entertainment, LLC.
    Counsel for Shawn Ortez present via video.
    Parties request an extended TRO to be entered.
    Defendant Elkins is seeking counsel and requests a continuance.
    Preliminary Injunction set for **February 17, 2026 at 10:00 a.m.** in Benton before Judge J. Phil Gilbert.
    Order to enter.