IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST SAINT LOUIS DIVISION

| | |
|---|---|
| LORIN ASHTON, BASSNECTAR TOURING, INC., and AMORPHOUS MUSIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHAWN ORTEZ, KENNETH CLAYTON ELKINS, DOWNRIGHT ENTERTAINMENT, LLC, MISSISSIPPI UNDERGROUND, LLC, JORDAN JULIAN, and JOHN DOES 1-25. <br><br> Defendants. | Case No. Case No. 3:25-cv-02181 |

## AGREED TEMPORARY RESTRAINING ORDER

**IT IS HEREBY ORDERED THAT**, pending the hearing and determination of Plaintiffs LORIN ASHTON, BASSNECTAR TOURING, INC., and AMORPHOUS MUSIC, INC.'s motion for a preliminary injunction, Defendants SHAWN ORTEZ, CLAY ELKINS, DOWNRIGHT ENTERTAINMENT, MISSISSIPPI UNDERGROUND, and JORDAN JULIAN and their agents, employees, and affiliates:

1) Be commanded to delete and/or remove all public posts regarding Plaintiffs, LORIN ASHTON, BASSNECTAR TOURING, INC., and AMORPHOUS MUSIC, INC.'s New Year's Eve Event scheduled to occur at Pop's Night Club located at 1403 Mississippi Ave, Sauget, IL 62201 on December 29-31, 2025;

2) are hereby restrained and enjoined from posting or re-publishing any statements about Plaintiffs LORIN ASHTON, BASSNECTAR TOURING, INC., and AMORPHOUS MUSIC, INC. or their New Year's Eve Event scheduled to occur at Pop's Night Club located at 1403 Mississippi Ave, Sauget, IL 62201 on December 29-31, 2025 during the pendency of this litigation;

3) Defendants shall file their answer or responsive pleading to Plaintiffs' Verified Complaint and Response to Plaintiffs' Motion for Preliminary Injunction by Friday, January 30, 2026, unless mooted or otherwise agreed to by the parties. Plaintiffs shall file their Reply in Support of their Motion for Preliminary Injunction by Friday, February 13, 2026, unless mooted or otherwise agreed to by the parties.

The Order is issued on December 22, 2025 and, unless extended, shall expire on February 17, 2026, or upon further order of the Court, whichever is earlier. The Court will hold a hearing on Plaintiffs' Motion for Preliminary Injunction on February 17, 2026 at 10:00 A.M. in the federal courthouse in Benton, Illinois.

Dated: December 22, 2025            s/ J. Phil Gilbert
                                                                             U.S. District Judge

Case 3:25-cv-02181-JPG   Document 35   Filed 12/22/25   Page 2 of 2   Page ID #144