# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORIN ASHTON, BASSNECTAR TOURING, INC., and AMORPHOUS MUSIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHAWN ORTEZ, KENNETH CLAYTON ELKINS, DOWNRIGHT ENTERTAINMENT, LLC, MISSISSIPPI UNDERGROUND, LLC, JORDAN JULIAN, and JOHN DOES 1-25. <br><br> Defendants. | Case No. 3:25-cv-02181 |

## PLAINTIFFS' MOTION/NOTICE OF WITHDRAWAL OF THEIR MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, LORIN ASHTON, BASSNECTAR TOURING, INC., and AMORPHOUS MUSIC, INC. (collectively, "Plaintiffs") by counsel, Swanson, Martin & Bell, LLP, withdraw, without prejudice, from the Court's consideration their pending Motion for Preliminary Injunction filed on December 12, 2025. Plaintiffs reserve their right to re-file a motion for preliminary injunction in the future, if necessary. Plaintiffs also request the hearing date for their Motion for Preliminary Injunction scheduled for February 17, 2026, be stricken.

Respectfully Submitted,

**LORIN ASHTON, BASSNECTAR TOURING, INC., and AMORPHOUS MUSIC, INC.**

Dated: January 30, 2026

By: */s/ Nicole O'Toole Peterson*
Jeffrey S. Becker (ARDC #6282492)
Nicole O'Toole Peterson (ARDC #6330227)
Olivia E. Duggins (ARDC #6349003)
SWANSON, MARTIN & BELL, LLP

330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
jbecker@smbtrials.com
npeterson@smbtrials.com
oduggins@smbtrials.com