## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF ILLINOIS

LORIN ASHTON, BASSNECTAR
TOURING, INC., and AMORPHOUS
MUSIC, INC.,

               Plaintiffs,

v.

SHAWN ORTEZ, KENNETH CLAYTON
ELKINS, DOWNRIGHT
ENTERTAINMENT, LLC, MISSISSIPPI
UNDERGROUND, LLC, JORDAN
JULIAN, MISSISSIPPI UNDERGROUND
SALES, LLC, and JOHN DOES 1-25,

               Defendants.

Case No. 3:25-cv-02181-JPG

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Lorin Ashton, Bassnectar Touring, Inc., and Amorphous Music, Inc. and Defendants Shawn Ortez, Clay Elkins, Downright Entertainment LLC, Mississippi Underground LLC, Mississippi Underground Sales LLC, and Julian Jordan (erroneously sued as "Jordan Julian") agree that this case has been settled in its entirety and all claims and all issues and controversies between Plaintiffs and Defendants have been resolved to their mutual satisfaction.

Accordingly, the Parties stipulate and agree that this action shall be dismissed in its entirety pursuant to Rule 41(a)(2) with prejudice as to all claims of Plaintiffs against Defendants. Each side shall bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

6383.061/3277301.1

**IT IS SO STIPULATED.**

DATED:  August 3, 2026

**Plaintiffs LORIN ASHTON, BASSNECTAR TOURING, INC., and AMORPHOUS MUSIC, INC.**

By: _____*/s/ Howard E. King*_____

Howard E. King (*PHV*)
Heather L. Pickerell (*PHV*)
KING, PATERNO, SARIANO &
PATERNO, LLP
1900 Avenue of the Stars, 25th floor
Los Angeles, California 90067
Tel: (310) 282-8989
Facsimile: (310) 282-8903
hking@khpslaw.com
hpickerell@khpslaw.com

Respectfully Submitted,

DATED:  August 3, 2026

**Defendants SHAWN ORTEZ, KENNETH CLAYTON ELKINS, and DOWNRIGHT ENTERTAINMENT, LLC**

By: _____*/s/ Richard A. Saldinger*_____

Richard A. Saldinger
Landsman Saldinger Carroll, PLLC
181 W. Madison Street, Suite 4700
Chicago, IL 60602
Tel:    (312) 291-4652
Email: saldinger@lsclegal.com

6383.061/3277301.1

Respectfully Submitted,

DATED:  August 3, 2026

**Defendants MISSISSIPPI UNDERGROUND, LLC, JORDAN JULIAN, and MISSISSIPPI UNDERGROUND SALES, LLC**

By: _____*/s/ Joseph N. Rupcich*_____
    Joseph N. Rupcich
    Cassiday Schade LLP
    2040 West Iles Avenue, Suite B
    Springfield, IL 62704
    Tel:    (217) 572-1714
    Email: jrupcich@cassiday.com

6383.061/3277301.1

3