IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LORIN ASHTON, *et al.*,

Plaintiffs,

v.

SHAWN ORTEZ, *et al.*,

Defendants.

Case No. 25-2181 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:  8/4/2026**                **MONICA A. STUMP, Clerk of Court**

_____
**Deputy Clerk**

**Approved:** _____
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**